UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) SAURY RODRIGUEZ-RUIZ, a/k/a<br>     Manuel Guzman-Peguero, and<br><br>(2) DANYBELKIS VASQUEZ-<br>     RODRIGUE, a/k/a "Dany,"<br><br>          Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  Criminal No. 21-cr-10010-FDS<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT INTERIM STATUS REPORT
AND MOTION FOR ORDER OF EXCLUDABLE DELAY**

The defendants were indicted on January 12, 2021 with conspiracy to distribute and possession with intent to distribute 400 grams or more of fentanyl, as well as one count of distribution and possession with intent to distribute 400 grams or more of fentanyl. Defendant Saury Rodriguez-Ruiz, a/k/a Manuel Guzman-Peguero is currently detained on a voluntary order of detention and defendant Danybelkis Vasquez-Rodrigue, a/k/a "Dany," was released on conditions of pre-trial release on January 14, 2021. On June 25, 2021, defendant Vasquez-Rodrigue retained new counsel, and the government has provided new counsel with a copy of the discovery. Pursuant to Local Rule 116.5(b), the government submits the following joint status report.

1. **Automatic Discovery and Discovery Requests**

The government has provided automatic discovery. The defendants have not made any discovery requests at this time.

2. **Timing of Additional Discovery**

The government does not anticipate providing any additional automatic discovery.

3. **Timing of Additional Discovery Requests**

At this time, the defendants do not know whether they will make additional discovery requests.

4. **Protective Orders**

The Court granted the government's motion for a protective order on February 5, 2021 (Dkt. No. 36).

5. **Pretrial Motions**

The defendants have not filed any pretrial motions under Fed. R. Crim. P. 12(b). The defendants reserve the right to file after additional review of the discovery.

6. **Timing of Expert Disclosures**

The Court has not yet established a date for expert witness disclosures. The government submits that drug analysts and agents will be the only expert witnesses likely to be called by the government. Accordingly, the government submits that expert disclosures 21 days before trial should be sufficient.

7. **Excludable Delay**

Zero days of non-excludable time have accrued.

8. **Plea Discussions, Trial**

The parties have begun plea negotiations. At this time it is difficult to assess the likelihood of trial. Any trial is anticipated to last one week.

9. **Timing of Final Status Conference**

The final status conference is currently scheduled for November 19, 2021. The defendants request additional time to review discovery, determine whether or not to make discovery requests, and for defendants to assess whether or not they intend to file any motions. As such, the parties

request that the Court continue the Final Status Conference for approximately 60 days. The parties further request, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the Court enter an order of excludable delay excluding the time between November 19, 2021 and the date set for the next status conference.

DATED: November 12, 2021

                                        Respectfully submitted,

                                        NATHANIEL R. MENDELL
                                        Acting United States Attorney

By:    */s/ Alathea E. Porter*
        Alathea E. Porter
        Assistant U.S. Attorney

By:    */s/ Ian Gold*
        Ian Gold
        *Counsel for Saury Rodriguez Ruiz*

By:    */s/ Murat Erkan*
        Murat Erkan
        *Counsel for Danybelkis Vasquez-Rodrigue*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 12, 2021, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                        */s/ Alathea E. Porter*
                                        Alathea E. Porter
                                        Assistant U.S. Attorney